UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIAN NEWBERRY, et al.,

                Plaintiffs,

   -against-

SRI PRAYAL WIJIEGOONARATNA, et al.,

                Defendants.
-----------------------------------------------------------------X

21-CV-02707 (RA) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On August 18, 2021, the Honorable Ronnie Abrams referred this matter to my docket for general pretrial supervision. See ECF No. 93. In light of the parties' discovery disputes, a conference is scheduled for Monday, August 30, 2021, at 3:00 p.m. At that time, the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757, and enter access code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 23, 2021
                 New York, New York