**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

BRIAN NEWBERRY, et al.,

**Plaintiffs,**

-against-

SRI PRAYAL WIJIEGOONARATNA, et al.,

**Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___  8/31/2021

**21-CV-02707 (RA) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

As discussed on the record at the August 30, 2021 discovery conference, the June 21, 2021 Case Management Plan at ECF No. 62 is amended as follows:

Defendants shall produce their amended responses to Plaintiffs' requests for production of documents by September 20, 2021.

Plaintiffs are directed to provide their proposed amended complaint to Defendants no later than September 24, 2021. The parties are directed to meet and confer as to whether they consent to the filing of the amended complaint. In the event the parties do not consent, the Plaintiffs shall file a letter seeking leave to amend. Any application to amend the pleadings must be filed by September 30, 2021.

The parties shall file a joint status letter on October 29, 2021. In that letter, parties shall note any outstanding discovery disputes and should also indicate whether they wish to schedule a settlement conference before the Court.

Fact discovery shall close on December 31, 2021. Should the parties anticipate the need for expert discovery, they shall notify the Court in the October 29 status letter and shall propose a reasonable schedule.

By January 14, 2022, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. Any motions for summary judgment and to strike the jury demand shall be filed by January 28, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 31, 2021
            New York, New York

2