UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN NEWBERRY, et al.,

                Plaintiffs,

v.

SRI PRAYAL WIJIEGOONARATNA, et al.

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/8/2021

21-CV-2707 (RA) (SN)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 31, 2021, Magistrate Judge Netburn entered an amended scheduling order that extended the period for fact discovery until December 31, 2021. Accordingly, the post-fact-discovery conference originally scheduled for October 29, 2021 is hereby adjourned until January 14, 2022 at 3:00 p.m.

    The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    September 8, 2021
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge